# IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Martez Dylan Tolliver, | ) | Case No. 1:25-cr-125 |
| | ) | |
| Defendant. | ) | |

On November 3, 2025, the court issued a stipulated discovery order and protective order that provided, among other things, that certain discovery materials were not be left with Defendant absent a court order. (Doc. No. 55 at ¶ 10).

On April 8, 2026, Defendant filed a Motion to View Discovery in Jail. (Doc. No. 88). The parties subsequently executed and filed a supplement to the stipulated discover order and protective order. (Doc. No. 89).  Approved by the court on April 9, 2026, the supplement permits Defendant to view his discovery in his place of detention in accordance with the terms of the supplement. (Id.). Consequently, Defendant's Motion to View Discovery in Jail (Doc. No. 88) is **MOOT**.

**IT IS SO ORDERED.**

Dated this 14th day of April, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court